UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYON OLIVERA,<br><br>Defendant. | CASE NO. 2:23-cr-00059-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO STRIKE DISPOSITION HEARING AND APPEARANCE BOND; ORDERING STATUS CONFERENCE |

This matter comes before the Court on the Government's Unopposed Motion to Strike Disposition Hearing and Appearance Bond. Dkt. No. 52. The Court grants the motion and converts the June 3, 2026 Disposition Hearing, Dkt. No. 51, to a Status Conference.

Dated this 26th day of May, 2026.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO STRIKE DISPOSITION HEARING AND APPEARANCE BOND; ORDERING STATUS CONFERENCE - 1